UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN LYNCH,

    Defendant.

Case No. 08 CR-160

[ Title 21, U.S.C., §§ 841(a)(1), 841(b)(1)(C), 846 and Title 18, United States Code, Section 2

FILED

JON W. SANFILIPPO
CLERK

## INFORMATION

### COUNT ONE
**THE UNITED STATES ATTORNEY CHARGES THAT:**

Between approximately January 2007, and April 2008, in the State and Eastern District of Wisconsin,

**KEVIN LYNCH,**

defendant herein, did knowingly and intentionally conspire with others known and unknown to distribute and possess with the intent to distribute cocaine a schedule II controlled substance,

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846 and Title 18, United States Code, Section 2.

A TRUE BILL:

June 16, 2008
DATE

STEVEN M. BISKUPIC
United States Attorney