U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| | |
|---|---|
| Name of Defendant: <br> Kevin Lynch | Address: City, State and Zip Code): <br> Unknown |
| Date of Birth: <br> Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: <br> Brian Mullins | Address of Defendant's Attorney: <br> Federal Defender Services of WI <br> 517 E. Wisconsin Ave., Rm. 182 <br> Milwaukee, WI 53202 |

Name of Assistant U.S. Attorney:

Mario F. Gonzales

| | | | |
|---|---|---|---|
| Has warrant been issued? <br> No | When? | By Whom? | When? |
| Has warrant been executed? <br> No | When? | Where? | |
| Has defendant appeared before a Magistrate? <br> Yes | When? <br> 4/21/08 | Who? <br> Magistrate Judge Aaron E. Goodstein | |
| Is the defendant in custody? <br> Yes, Federal | Where? <br> Kenosha County Jail | | |
| Pretrial Scheduling Conference Necessary? | ☐ YES | x☐ NO | |

| Issue: <br> WARRANT | SUMMONS | NOTICE <br> X to attorney | MISDEMEANOR | FELONY <br> XX |
|---|---|---|---|---|

Milwaukee Case ☒     Green Bay Case ☐

Minor Offense

Petty Offense

| Arraignment & plea before: | Judge: | Magistrate: |
|---|---|---|

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

Charge: 21, USC § 841(a)(1), 841(b)(1)(C) and 846, and 18, USC § 2. Max. 30 yrs. Imprisonment and $2,000,000.00, $100 SA, 8-life yrs. SR.

Agency/Agent: DEA/Ceren

OCDETF: No