# United States District Court
## EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. CALLAHAN, JR.**, presiding.  
DATE: **May 21, 2009**  
CASE NO. **08-CR-160**  
UNITED STATES v. **KEVIN LYNCH**  
PROCEEDING: **BOND HEARING**

Deputy Clerk: Brenda  
Court Reporter:  
Time Called: 2:31:23  
Time Concluded: 2:46:57

UNITED STATES by: **Mario Gonzales**  
Probation Officer: Jim F  
Interpreter:

DEFENDANT: **Kevin Lynch**, in person, and by  
ATTORNEY: **Brian Mullins**

Court gives background of case
Defense request that deft be removed from EM and no curfew.
Gout does not object to defense request
Pretrial indicate that there has been one violation on May 1st - still seeking confirmation
dept's stmts to court
Court grants request
— court removes EM and curfew.
Defense request permission fdeft to travel to N. Dakota for court 26th, 27th & 28th
Court grants request
