

U.S. Department of Justice
United States Marshals Service



U.S. DISTRICT COURT
EASTERN DISTRICT-W
FILED

# DETAINER
## AGAINST UNSENTENCED PRISONER
### BASED ON FEDERAL ARREST WARRANT

'09 DEC 11 A10 :15

JON W. SANFILIPPO
CLERK

United States Marshal
Eastern District of Wisconsin
*(District)*

517 E. Wisconsin Ave., Suite 711
Milwaukee, WI 53202
414 297-3707

*(Return Address and Phone)*

*Please type or print neatly:*

TO: Racine Co. Jail
717 Wisconsin Ave.
Racine, WI 53403

DATE: 12/10/2009
SUBJECT: LYNCH, Kevin
AKA:
DOB/SSN: 08/07/1979
REF. # WI DOC # 283328-A
USMS #: 06091-089
CR #: E/WI 08-Cr-160

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the Eastern District of Wisconsin has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):

Pretrial/Bond Release Violation

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged.
**IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 414 297-3300.
*FAX No.*

**RECEIPT**
Date: 12/10/09
Signed: J. Krueger
By: J. Krueger
Title: CO

Very truly yours,

Thomas P. Conlon, Acting
U.S. Marshal

Requested by: Patricia A. Jacomet, Inv. Res. Spec.

Form USM-16A
Rev. 012/06